UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE FIRE CLOUD,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 1:16-CV-01024-CBK<br><br>JUDGMENT OF DISMISSAL |

The Court having entered its Order granting Respondent's Motion to Dismiss for Failure to State a Claim on December 19, 2018, it is hereby,

ORDERED that Petitioner Ronnie Fire Cloud's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 is dismissed.

Dated this 18th day of September, 2018.

MATTHEW W. THELEN, Clerk

By: _____
    Shellie Krog
    Deputy Clerk